## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

D-1 Anthony Roy Milligan, Jr.,

      Defendant.

_____/

Case:2:20-cr-20134
Judge: Goldsmith, Mark A.
MJ: Grand, David R.
Filed: 03-05-2020 At 03:01 PM
INDI USA V. SEALED MATTER (DA)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
**Conspiracy to Possess With Intent to Distribute and Distribution of a
Controlled Substance (Heroin and Methamphetamine)
21 U.S.C. § 846**

D-1 Anthony Roy Milligan, Jr.

From on or about March 1, 2018, to on or about August 29, 2018, in the

Eastern District of Michigan, and elsewhere, defendant, Anthony Roy Milligan, Jr.,

knowingly and intentionally conspired and agreed with other individuals, both

known and unknown to the Grand Jury, to distribute 1 kilogram or more of a

mixture or substance containing a detectable amount of heroin, a Schedule I

Controlled Substance, and 500 grams or more of a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II Controlled Substance. All

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

all in violation of Title 21, United States Code, Section 846.

Prior Conviction – Sentencing Enhancement

Pursuant to Title 21, United States Code, Sections 841 and 851, the grand

jury finds the following:

Before Anthony Roy Milligan, Jr., committed the offense charged in this

count, he had a final conviction for a serious drug felony (which also qualifies as a

felony drug offense), namely, a conviction under Michigan Compiled Laws

Section 333.7401(2)(A),(iv) delivery / manufacture of a schedule 1 or 2 controlled

substance, less than 50 grams, for which he served more than 12 months of

imprisonment and for which he was released from serving any term of

imprisonment related to that offense within 15 years of the commencement of the

instant offense.

**COUNT TWO**
**Possession with Intent to Distribute a Controlled Substance**
**21 U.S.C. § 841(a)(1)**

D-1 Anthony Roy Milligan, Jr.

On or about July 16, 2018, in the Eastern District of Michigan, and

elsewhere, defendant, Anthony Roy Milligan, Jr., did knowingly and intentionally

possess with intent to distribute a 1 Kilogram or more of a mixture or substance

containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i).

Prior Conviction – Sentencing Enhancement

Pursuant to Title 21, United States Code, Sections 841 and 851, the grand jury finds the following:

Before Anthony Roy Milligan, Jr., committed the offense charged in this count, he had a final conviction for a serious drug felony (which also qualifies as a felony drug offense), namely, a conviction under Michigan Compiled Laws Section 333.7401(2)(A),(iv) delivery / manufacture of a schedule 1 or 2 controlled substance, less than 50 grams, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**FORFEITURE ALLEGATION**

1.     Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

2.  <u>Substitute Assets</u>:  If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

> a.  Cannot be located upon the exercise of due diligence;
>
> b.  Has been transferred or sold to, or deposited with, a third party;
>
> c.  Has been placed beyond the jurisdiction of the Court;
>
> d.  Has been substantially diminished in value; or
>
> e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*

GRAND JURY FOREPERSON


MATTHEW SCHNEIDER

United States Attorney


*s/Julie Beck*

JULIE BECK

Chief, Drug Task Force Unit


*s/Robert J. White*

ROBERT J. WHITE

Assistant United States Attorney


*s/Thomas Franzinger*

THOMAS FRANZINGER

Assistant United States Attorney


Dated: March 5, 2020

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:20-cr-20134<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 03-05-2020 At 03:01 PM<br>INDI USA V. SEALED MATTER (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** _____ |

**Case Title:** USA v.  Anthony Roy Milligan, Jr.

**County where offense occurred :**  Oakland

**Check One:**     ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____ Indictment/_____ Information --- **no** prior complaint.

✓ Indictment/_____ Information --- based upon prior complaint [Case number: 20-mj-30086                ]

_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 5, 2020
Date

Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9774
Fax:    313-226-3265
E-Mail address: Thomas.Franzinger2@usdoj.gov
Attorney Bar #:  DC1005000

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.