\#                       UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                                                  Case No. 20-cr-20134

v.                                                                                            HON. MARK A. GOLDSMITH

ANTHONY ROY MILLIGAN, JR.,

       Defendant.
_____/

### ORDER FOLLOWING 4/17/25 TELEPHONIC CONFERENCE

On April 17, 2025, the Court held a telephonic conference with the attorneys in this case. The Court now orders:

Sentencing is set for 6/11/25 at 1 pm; and

Sentencing memoranda are due 6/4/25.

Defendant will order the trial transcripts. The parties will submit proposed stipulated orders setting forth appropriate dispositions for certain motions (Dkts. 84, 138, 158, 180) within seven days after the transcript is received.

Dated: April 23, 2025                                                    s/Mark A. Goldsmith
       Detroit, Michigan                                              HON. MARK A. GOLDSMITH
                                                                               United States District Judge